

**U.S. Department of Justice**
*Civil Division*
*Federal Programs Branch*

---

July 17, 2023

<u>Via CM/ECF</u>
The Honorable Robert Kirsch
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: **United States' notice of intent to file a statement of interest in**
      ***CoreCivic, Inc. v. Murphy et al.*, 3:23-cv-00967-RK-TJB (D.N.J.)**

Dear Judge Kirsch:

  In this case challenging New Jersey's Assembly Bill 5207—which purports to ban private detention facilities from holding immigration detainees—the Court held a teleconference on July 10, 2023. At that teleconference, the United States indicated its "intent to file a separate lawsuit on the same subject matter by 12:00 p.m. on July 17, 2023," and if so, "to file for a preliminary injunction by 12:00 p.m. on July 19, 2023." Text Order, ECF No. 33. The Court further ordered that Defendants must respond to Plaintiff CoreCivic's and, if filed, the United States' preliminary-injunction motion by 12:00 p.m. on July 26, 2023, with "Plaintiff CoreCivic and the United States [to] file any reply brief by 12:00 p.m. on August 2, 2023" and an in-person hearing to be held on August 14, 2023. *Id.*

  After considering the matter further, and to streamline proceedings without a separate case, the United States respectfully notifies the Court that it intends to file a statement of interest in this case rather than its own separate lawsuit. *See* 28 U.S.C. § 517 (allowing "any officer of the Department of Justice" to "attend to the interests of the United States in a suit pending in a court of the United States"). The United States will file its statement of interest consistent with this Court's schedule—by 12:00 p.m. on July 19, 2023, in lieu of its anticipated preliminary-injunction motion. This leaves the Court's schedule undisturbed, including Defendants' July 26 response and the Court's August 14 hearing. The United States appreciates the Court's consideration in this matter.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Director, Federal Programs Branch

/s/ Stephen Ehrlich
STEPHEN EHRLICH
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorneys for the United States of America*