UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2598
_____

CORECIVIC, INC.

v.

GOVERNOR OF NEW JERSEY; ATTORNEY GENERAL OF NEW JERSEY,
Appellants

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:23-cv-00967)
District Judge: Honorable Robert Kirsch

_____

Argued: May 1, 2025

Before: KRAUSE, BIBAS, and AMBRO, *Circuit Judges*

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the U.S. District Court for the District of New Jersey and was argued on May 1, 2025.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on August 29, 2023, is hereby **AFFIRMED**. Costs will be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 22, 2025